**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **LINDA TREVIÑO,**<br>**Individually and on behalf**<br>**of all others similarly situated,** | § <br> § <br> § <br> § | |
| *Plaintiff* | § <br> § <br> § | |
| **v.** | § <br> § | **Civil Action No. 2:17-cv-00262** |
| **ANGEL BRIGHT HOME HEALTH, INC.** | § <br> § <br> § | |
| *Defendant* | § | |

**[PROPOSED] ORDER APPROVING MOTION FOR CONFIDENTIAL APPROVAL**
**OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Pending before this Court is the Parties' Joint Motion for Confidential Approval of Settlement Agreement and Dismissal with Prejudice ("Motion"). Having considered the Parties' Motion, and having found that the Parties' settlement is fair and equitable, the Court determines that the Parties' Motion should be GRANTED in all respects.  Therefore, the Court ORDERS that the Parties' settlement is approved and that this action is dismissed in its entirety, with prejudice, the parties to bear their own costs, expenses and attorneys' fees.

Signed on this _____ day of _____, 2017.

_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE